John JETER, Petitioner–Appellant,

v.

COMMISSIONER OF INTERNAL
REVENUE, Respondent–
Appellee.

No. 01–2145.

United States Court of Appeals,
Fourth Circuit.

Submitted Jan. 31, 2002.

Decided Feb. 6, 2002.

John Jeter, Appellant Pro Se. Richard
Farber, Marion Elizabeth Erickson, Patri-
cia McDonald Bowman, United States De-
partment of Justice, Washington, D.C., for
Appellee.

Before NIEMEYER, WILLIAMS, and
MICHAEL, Circuit Judges.

PER CURIAM.

John Jeter appeals from the tax court's
order upholding the Commissioner of In-
ternal Revenue's determination of a defi-
ciency in his 1997 personal income taxes.
We have reviewed the record and the tax
court's opinion and find no reversible er-
ror. Accordingly, we affirm on the reason-

ing of the tax court. *Jeter v. Comm'r of Internal Revenue*, No. 99–15017 (U.S.T.C. Aug. 14, 2001 & Sept. 5, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*